02-11-436-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00436-CR

 

 


 
 
 Devaughn
 Dejon Bryant
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 432nd District
 Court
  
 of
 Tarrant County (1201128D)
  
 January
 24, 2013
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

 

This
court has considered the record on appeal in this case and holds that there was
no error in the trial court’s judgment.  It is ordered that the judgment of the
trial court is affirmed.

 

SECOND DISTRICT COURT OF APPEALS

 

 

 

PER
CURIAM

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00436-CR

 

 


 
 
 Devaughn Dejon Bryant
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 432nd
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Appellant
Devaughn Dejon Bryant pled guilty to two counts of aggravated robbery with a
deadly weapon.  The jury convicted him and assessed his punishment at sixty
years’ confinement on each count.  The trial court sentenced Appellant
accordingly, ordering that the sentences run concurrently, and found that he
had used or exhibited a deadly weapon in the two robberies.

Appellant’s
court-appointed counsel has filed a motion to withdraw as counsel and a brief
in support of that motion.  In the brief, counsel avers that, in his professional
opinion, these appeals are frivolous.  Counsel’s brief and motion meet the
requirements of Anders v. California[2]
by presenting a professional evaluation of the record demonstrating why
there are no arguable grounds for relief.[3] 
Appellant filed a pro se response to the Anders brief; the State
declined to file a brief.

After
an appellant’s court-appointed counsel files a motion to withdraw on the ground
that an appeal is frivolous and fulfills the requirements of Anders,
this court is obligated to undertake an independent examination of the record
to see if there is any arguable ground that may be raised on his behalf.[4]  Only then may we
grant counsel’s motion to withdraw.[5]

Because
Appellant entered an open plea of guilty, our independent review for potential
error is limited to potential jurisdictional defects, the voluntariness of his
plea, error that is not independent of and supports the judgment of guilt, and
error occurring after entry of the guilty plea.[6]

We
have carefully reviewed counsel’s brief and the appellate record.  We agree
with counsel that this appeal is wholly frivolous and without merit; we find
nothing in the appellate record that arguably might support this appeal.[7]  Accordingly, we
grant counsel’s motion to withdraw and affirm the trial court’s judgment.

 

PER CURIAM

 

PANEL: 
DAUPHINOT,
J.; LIVINGSTON, C.J.; and GARDNER, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  January 24, 2013









[1]See Tex. R. App. P. 47.4.





[2]386 U.S. 738, 87 S. Ct.
1396 (1967).





[3]See Stafford v. State,
813 S.W.2d 503, 510–11 & n.3 (Tex. Crim. App. 1991).





[4]See id. at 511.





[5]See Penson v. Ohio,
488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988).





[6]See Monreal v. State,
99 S.W.3d 615, 619–20 (Tex. Crim. App. 2003), Young v. State, 8 S.W.3d
656, 666–67 (Tex. Crim. App. 2000).





[7]See Bledsoe v. State,
178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).